# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

January 11, 2023

By ECF  
Hon. John P. Cronan  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *United States v. Edwin Acevedo at al*, 22 Cr. 150 (JPC)

Dear Judge Cronan:

I write, with the consent of the government (A.U.S.A. Samuel Rothschild) to respectfully request the **adjournment of sentencing in the above-referenced matter from January 31, 2023 to March 23, 2023**, at a time convenient to the Court. I am making this request because I have been unable to review the draft presentence report with Mr. Acevedo due to a quarantine on his unit at the M.D.C. I also ask that the due date for objections to the draft presentence report be extended to 14 days from the date the quarantine is restriction is lifted.

Respectfully yours,

Evan L. Lipton  
*Counsel to Edwin Acevedo*

Cc: Government Counsel  
Department of Probation

(by ECF and email)

The request is granted. Defendant's sentencing hearing, currently scheduled for January 31, 2023, is adjourned to March 23, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Defendant's deadline to object to the draft presentence report is adjourned *sine die* pending the end of quarantine of Defendant's unit at the MDC. Mr. Lipton shall file a letter as to the status of the quarantine by January 20, 2023.

SO ORDERED.

January 12, 2023  
New York, New York

JOHN P. CRONAN  
United States District Judge