# LAW OFFICE OF
# EVAN L. LIPTON

ELL@evanliptonlaw.com  
Tel / Text (917) 924-9800

250 West 55th Street, Floor 30  
New York, New York 10019

March 8, 2023

By ECF  
Hon. John P. Cronan  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

Re: *United States v. Edwin Acevedo at al*, 22 Cr. 150 (JPC)

Dear Judge Cronan:

    I write, with the consent of the government (A.U.S.A. Samuel Rothschild) to respectfully request a one-day extension of the submission date for the defendant's sentencing memorandum. If this request is granted, the government asks for the same one-day extension for their submission. I do not believe that this request should impact the date for the sentence hearing.

    Mr. Acevedo's sentencing is scheduled for March 23, 2023; the defense submission is due March 9 and the government submission is due March 16. **If this request is granted, I will file my submission on March 10 and the government will file by March 17.**

    The reason for this request is that I would like to review the final draft of the submission with Mr. Acevedo prior to filing, and cannot meet with him at the MDC until Friday morning due to other commitments.

Respectfully yours,

Evan L. Lipton  
Counsel for Edwin Acevedo

Cc:    Gov't Counsel  
         Probation Officer Paul Hay

The request is granted.  Defendant's sentencing submission shall be due March 10, 2023, and the Government's submission shall be due March 17, 2023.

SO ORDERED.

March 8, 2023  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge